UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHANTELL D. LUMAR,<br><br>  Plaintiff,<br><br>  v.<br><br>UNITED AIRLINES,<br><br>  Defendant. | Case No.  20-cv-01714-SK<br><br>**ORDER TO SHOW CAUSE AND CONTINUING CASE MANAGEMENT CONFERENCE** |

The complaint in this matter was filed on March 10, 2020.  (Dkt. 1.)  Plaintiff, who is proceeding *pro se*, simultaneously filed an application to proceed *in forma pauperis*.  (Dkt. 2.)  On March 11, 2020, the Court granted Plaintiff's application and ordered service of the complaint by the U.S. Marshals.  (Dkt. 4.)  Due to COVID-19, the complaint has not yet been served.  Pursuant to the Court's initial scheduling order, an initial case management conference was set for June 8, 2020.  (Dkt. 3.)  The parties' joint case management statement was due June 1, 2020.

No joint case management statement was filed, and neither party appeared for the initial case management conference, which was held telephonically for the convenience and safety of the parties, on June 8, 2020.

To allow time for service due to delays related to COVID-19, the Court HEREBY CONTINUES the initial case management conference until August 10, 2020.  The parties' joint case management statement shall be due no later than August 3, 2020.

The Court also issues this ORDER TO SHOW CAUSE to Plaintiff regarding her failure to appear at the initial case management conference held on June 8, 2020.  Plaintiff must file a written response explaining why she did not appear to prosecute her case no later than July 6, 2020.  Failure to respond may result in dismissal of this case.

Finally, the Court ADVISES Plaintiff that the district court has produced a guide for *pro se*

litigants called Representing Yourself in Federal Court: A Handbook for *Pro Se* Litigants, which provides instructions on how to proceed at every stage of your case, including discovery, motions, and trial.  It is available electronically online (http://cand.uscourts.gov/prosehandbook) or in hard copy free of charge from the Clerk's Office.  The Court further advises Plaintiff that she also may wish to seek assistance from the Legal Help Center.  Plaintiff may call the Legal Help Center at 415-782-8982 for a free telephonic appointment with an attorney who may be able to provide basic legal help, but not legal representation.

**IT IS SO ORDERED**.

Dated: June 16, 2020



SALLIE KIM
United States Magistrate Judge